# Dredge Services of New Iberia

112 Old School Rd
Arnaudville, Louisiana 70512



# INVOICE

| Phone # | Fax # | Web Site |
|---|---|---|
| (337) 879-5818 | (337) 879-3088 | www.dredgeservices.com |

| Date | Invoice # |
|---|---|
| 11/3/2014 | 1719 |

| Bill To |
|---|
| Grillot Construction LLC<br>2608 Engineers Rd<br>Belle Chasse, LA 70037 |

| Remit Payment To |
|---|
| Dredge Services of New Iberia<br>PO Box 13375<br>Alexandria, LA 71315 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt | CPRA - Fresh Water |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 67,587 | Services for 12" Dredge                Cubic Yard Rate<br>Services from September to October     Survey Date 10/29/2014<br><br>Amount total 121,342   less Invoice 1717 amount of 53,755 equals Invoice 1719 Amount to Date | 1.98 | 133,822.26 |

| | **Total** | $133,822.26 |
|---|---|---|

| E-mail |
|---|
| info@dredgeservices.com |

EXHIBIT 2