# Dredge Services of New Iberia

112 Old School Rd
Arnaudville, Louisiana 70512



# INVOICE

| Phone # | Fax # | Web Site |
|---|---|---|
| (337) 879-5818 | (337) 879-3088 | www.dredgeservices.com |

| Date | Invoice # |
|---|---|
| 11/13/2014 | 1718 |

| Bill To |
|---|
| Grillot Construction LLC<br>2608 Engineers Rd<br>Belle Chasse, LA 70037 |

| Remit Payment To |
|---|
| Dredge Services of New Iberia<br>PO Box 13375<br>Alexandria, LA 71315 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | Calumet Flood Gates |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Mobilization & Demobilization of Equipment to/from Job Site<br>Mobilized on | 70,000.00 | 70,000.00 |
| 12,821 | Services for 12" Dredge         Cubic Yard Rate<br>Service from 10/20/2014 through 10/31/2014 | 2.10 | 26,924.10 |
|  | LESS Liquidated Damage Days (7 Days @ $1450)<br>10/25/2014 through 10/31/2014 | -10,150.00 | -10,150.00 |

Thank you for your business.

**Total**  $86,774.10

| E-mail |
|---|
| info@dredgeservices.com |

EXHIBIT 7